United States District Court
District of Maine
Elizabeth

Pro-se

Elizabeth Smith

U.S. DISTRICT COURT
[...] MAINE
RECEIVED AND FILED

2016 MAR 11  P 1:26

DEPUTY CLERK

I have already suffered severe ramifications of food and nutrition deprivation affecting emotional well being, along with emot severe emotional harm, as result of what has been happening to me and Mom. Deeply held, Federally protected, Religious beliefs of both Mom and me (Christians), as verified by Holy Bible scriptures and Biblical prin principles can be easily verified, and have our rights have been violated, against bo the the United State Constitution and state of Maine Constitution, and against God's Laws and other laws.

Mom's life and safety has been risked by others as she has suffered physical and emotional, psychological, and monetary abuses, neglect, endangerment at han by some workers of a assisted living, nursing place. She has her phone communications or right to attourney/legal help, interfered with as well as some of her family visitation inf interefered with. She remains "kidnapped" in the place against her will, she regularly asks to go leave there and go home with and be with me and the qualified handicap service dogs in our own (one of our own homes), as this is her Federal Right, in our case it also is part of our (Mom's and my) religious beliefs. She, over the years has said "She thanks God" every day for her gardens/flowers. She wants loves Flowers and Birds, she wants her life back and I want her back too. She is my Mom and she had been stolen from me, huge portions of our Christian worship belief systems and family time together was illegally stolen from us.

Certain family have been throwing out, selling, getting rid of belongings of both Mom's and having people throwout and mine at multiple properties without our permission and knowing and have been selling properties without permission. Thousands upon thousands of dollars worth of my own have been illegally taken from me, along with my means to eat, do laundry, get supplies for household, other expenses, or gas etc. And a tremendous amount more is about, apparently, to be possibly stolen/ripped now and/or coming within days, as they may illegally sell Mom's and my home in Florida, they were trying to kick me out of our home in Maine,

Elizabeth Smith

United States District Court
District of Maine
*Pro Se*

Elizabeth Smith vs

and I fear our home in Vermont may be next. Siblings have had a long history of abuse towards me, slander, picking on, being left out, treated meanly, lying about me, false defamation of me, rejections, and much more. The loss of all this cost way more than "$75,000", there is "diversity of citizenship", and it is an extremely U.S. Constitutional issue as numerous of my rights have been violated, Freedom of Religion, Freedom of Speech, Freedom of Assembly, etc.

Being deprived as an American with disabilities, of my money has left me without, I almost may lose my physical handicap service dogs who save my life and help me regain regularly and have helped Mom, and almost lost myself over the months. I have reached out to various crisis workers, and other help lines, & other resources.

Mom has ended up "unconscious" at the assisted living/nursing type place, left in her own pee and poop/diarrhea with numerous bladder infections, illegally drugged, and sedated against Federal laws, "unlawful restraint", & been neglected, her call button not responded to, her cries for "help, help" not listened too, and family ignored, hung up on, threatened and harassed, bullied, treated rudely, lied to, lied about, deprived and more. My Christian and Federal rights to look out for my Mom, be part of her care, communicate and visit with her, share her love of God's nature with her and nurture her and more has been brutally interfered with, and more. Abbreviation of abuses etc.

They have interfered with patients' rights laws, my family rights laws, & Our Christian beliefs, civil liberties & International Law & Rights, states laws, freedom from abuse/neglect, Federal Disability Rights, God's laws, humanity and decency, and more. They have committed crimes, and much more.
* Evidence exists, would need time to duplicate some of it.    Elizabeth Smith

Pro Se

United States District Court
District of Maine

Elizabeth Smith v.s.

- I call for an order for the immediate release of my Mother per her rights, (as is her wishes) to her own home at 219 Pleasant Pt. Rd., Cushing, Maine (one of her homes), (agree with escort to make sure she does not get dumped back in another facility)
- I call for an order that blocks any further sale of Mom's and my homes and other assets of Mom's and blocks any one for touching, removing, taking, moving, etc. our belongings etc.
- I call for Mom and me to have back our credit card account again,
- And for Mom to have her own banking account and checking again,
- For her to be able spend her own money when she wants to;
- For all "my" homes and belongings protected from sale, vandalism, etc.
  219 Pleasant Pt. Rd      Legal Address    Lot 372 ORO
  Cushing, Maine 04563   ,  1650 Lake Rd    , 9000 US Highway 192
                            Vergennes, Vermont  Clermont Florida
                            054                 34714
  I am really a duo trio-resident of 3 states.
- For all Mom's homes and belongings etc
- For the O Mom's & my visitation rights at nursing/assisted to be fully enforced, phone rights, to contact place in mom's protecting all Mom's and my rights to reach each other by phone and otherwise and to contact in her behalf, advocated for her.
- I want the place to cease from sedating, tranquilizing, and other forms of "unlawful restraint". She has necessary needed medications, cardiac, etc. that are sh necessary
- I want her to be provided something sweet by her night ex. banana, at facility for bladder or drinker.
- I want my notarized letter Mom set up for me to retrieve money from the bank, honoured, so I can have cash for gas and other expenses.
- I want relief from abuse of my family unit (Mom and me), right to take further
- This is not the Elizabeth Smith only request, I is in the right actions and relief