Please SAVE Mom's life.

Urgent
Urgent!!

<u>M</u>otion Immediate

Immediate

Dear Honourable Judge

2016 MAR 14 P 2:32

Please save my Mom's life!!!

I move that to DEPUTY CLERK on to immediate awareness of a serious urgent matter. At this very moment, thousands of dollars of mine and my Mom's may be being destroyed or about to be and one of our homes sold against our will.

My Mom's life daily is in extremely serious life-threatening danger. And the severe harm to me tremedous.

I may have my own unique style in trying to reach to you, yet is that not what America is about? Thank you for your time and understanding.

I make this motion to bring your awareness to case # 2:16 CV161 DBH (which was supposed to be two separate cases, yet...) and I plead you read this immediate request for emergency injuntion today, Monday, March 14, 2016.

Please see case # 2:16 CV161 DBH.
by Elizabeth Smith.

I am here in the lobby of your clerk. Thank You!!

Elizabeth Smith  Elizabeth Smith

Please SAVE Mom's life!!!
Please Save Mom's Life!!!
Please SAVE Mom's Life!!!
Thank you